Barry Milgrom, State Bar No. 99961
Gregg S. Kleiner, State Bar No. 141311
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
121 Spear Street, Suite 200
San Francisco, California 94105-1582
Telephone No.: 415.356.4600
Fax No.: 415.356.3896
Email: bmilgrom@luce.com
       gkleiner@luce.com

Counsel for MOHAMED POONJA,
Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>GUILLERMO MONTES GUTIERREZ,<br><br>Debtor. | Case No. 10-63185 CN<br>Chapter 7<br>Hon. Charles Novack<br><br>**TRUSTEE'S CONFIRMATION OF (I) DISPOSITION OF PROPERTY AND (II) RECEIPT OF FUNDS**<br><br>[No hearing requested] |

Pursuant to the Order Authorizing Trustee To Sell/Abandon General Intangibles; Opportunity To Overbid, a copy of which is attached hereto as Exhibit A, the Trustee has received $60,000.00 from Guillermo Montes Gutierrez for all of the Trustee's and the Estate's right, title and interest in and to the post-Petition Date goodwill and general intangibles of the Plating Business.

DATED: September 18, 2012    LUCE, FORWARD, HAMILTON & SCRIPPS LLP

By: _____
GREGG S. KLEINER
Counsel for Mohamed Poonja, Trustee in Bankruptcy

# EXHIBIT A

Entered on Docket
September 19, 2011
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes
the order of the court. Signed September 19, 2011

Charles Novack
U.S. Bankruptcy Judge

Barry Milgrom, State Bar No. 99961
Gregg S. Kleiner, State Bar No. 141311
LUCE, FORWARD,
HAMILTON & SCRIPPS LLP
121 Spear Street, Suite 200
San Francisco, California 94105-1582
Telephone No.: 415.356.4600
Fax No.: 415.356.3896
Email: bmilgrom@luce.com
gkleiner@luce.com

Counsel for MOHAMED POONJA,
Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>GUILLERMO MONTES GUTIERREZ,<br><br>Debtor. | Case No. 10-63185 CN<br>Chapter 7<br>Hon. Charles Novack<br><br>**ORDER AUTHORIZING TRUSTEE TO SELL/ABANDON GENERAL INTANGIBLES; OPPORTUNITY TO OVERBID**<br><br>[No Hearing Requested] |

The Court having reviewed and considered (i) the "Motion for Order Authorizing Trustee to Sell/Abandon General Intangibles; Opportunity to Overbid ("Motion") [Docket 48] filed by Mohamed Poonja, Chapter 7 Trustee ("Trustee") of the above captioned debtors ("Debtors"), the (ii) Trustee's Request for Order approving the Motion and (iii) Declaration of Gregg S. Kleiner in support thereof, notice of the Motion and sale being appropriate under the circumstances and good cause appearing therefor,

IT IS HEREBY ORDERED:

1. The Motion is approved in all respects in accordance with the terms described in the Motion;

2. The Trustee is hereby authorized to enter into the Agreement[1] to sell to the Buyer,

---

[1] All capitalized terms not defined herein, shall have the meaning ascribed to them in the Motion and the Notice.

all of the Trustee's and the Estate's right, title and interest in and to the post-Petition Date goodwill and general intangibles of the Plating Businesses (collectively, "Goodwill"), including the right to hire Debtor's former employees and to use Debtor's customer list, but only to the extent that such right, title and/or interest exceed any liens against the Goodwill, for $60,000 in cash ("Purchase Price"). The Purchase Price shall be paid within ten (10) days of the date of the entry of this Order;

3. Subject only to timely payment of the Purchase Price, and without further order of this Court, the Trustee is hereby authorized to abandon to the Debtor all of the estate's right, title and interest in and to the Plating Businesses, pursuant to Bankruptcy Code Section 554, to the extent that any rights in the Plating Business are not sold to Buyer (i.e., to the extent that it is subject to liens); and

4. This Order is effective upon entry, and the stay otherwise imposed by Rule 62(a) of the Federal Rules of Civil Procedure and/or Bankruptcy Rule 6004(h) shall not apply.

**\*\*END OF ORDER\*\***

| | |
|---|---|
| 1 | **\*\*COURT SERVICE LIST\*\*** |
| 2 | Office of the U. S. Trustee |
| 3 | 280 S. First Street, Suite 268<br>San Jose, CA 95113 |
| 4 | |
| 5 | Mohamed Poonja<br>P.O. Box 1510<br>Los Altos CA 94023-1510 |
| 6 | |
| 7 | Gregg S. Kleiner, Esq.<br>Luce, Forward, Hamilton & Scripps LLP |
| 8 | 121 Spear Street, Suite 200<br>San Francisco, CA 94105 |