UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
GUTIERREZ, GUILLERMO MONTES § Case No. 10-63185
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on     . The undersigned trustee was appointed on     .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of     $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]     $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/Mohamed Poonja_____
                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

| Case No: | 10-63185 CN Judge: CHARLES NOVACK | Trustee Name: | Mohamed Poonja |
| --- | --- | --- | --- |
| Case Name: | GUTIERREZ, GUILLERMO MONTES | Date Filed (f) or Converted (c): | 12/28/10 (f) |
| | | 341(a) Meeting Date: | 01/28/11 |
| For Period Ending: 05/11/13 | | Claims Bar Date: | 05/10/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Bank of the West checking 3233 Scott Blvd. Santa C | 449.28 | 0.00 | | 0.00 | FA |
| 2. Bank of the West, #038008201 3233 Scott Blvd Santa | 9,448.99 | 0.00 | | 0.00 | FA |
| 3. Bank of the West #038086744 3233 Scott Blvd. Santa | 5,812.00 | 0.00 | | 0.00 | FA |
| 4. Location: 3005 Copper Road, Santa Clara CA 95051 | 100.00 | 0.00 | | 0.00 | FA |
| 5. Location: 3005 Copper Road, Santa Clara CA 95051 | 500.00 | 0.00 | | 0.00 | FA |
| 6. Bank of the West #2436-7174 3233 Scott Blvd Santa | 4,613.89 | 0.00 | | 0.00 | FA |
| 7. 100% interest in EC Plating Inc. 3005 Copper Rd, S | 177,000.00 | 60,000.00 | | 60,000.00 | FA |
| Document: Trustee's Confirmation of (I) Disposition of Property and (II) Receipt of Funds. (RE: related document(s)51 Order on Motion for Miscellaneous Relief). Filed by Trustee Mohamed Poonja (Kleiner, Gregg) (Entered: 09/18/2012) Docket # 59 | | | | | |
| 8. EZ Plating 3000 Copper Rd, Santa Clara, CA | 0.00 | 0.00 | | 0.00 | FA |
| 9. 1995 GMC box truck, 128,324 miles Location: 3005 C | 4,500.00 | 0.00 | | 0.00 | FA |
| 10. GMC Savanna van, 136k miles Location: 3005 Copper | 1,400.00 | 0.00 | | 0.00 | FA |
| 11. Debtor's Attorney Return of surplus fees (u) | 0.00 | 87.64 | | 87.64 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $203,824.16  $60,087.64  $60,087.64  $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

*** 2013 TFR submitted to UST

Case No: 10-63185 CN Judge: CHARLES NOVACK | Trustee Name: Mohamed Poonja
Case Name: GUTIERREZ, GUILLERMO MONTES | Date Filed (f) or Converted (c): 12/28/10 (f)
341(a) Meeting Date: 01/28/11
Claims Bar Date: 05/10/11

Initial Projected Date of Final Report (TFR): 06/30/12    Current Projected Date of Final Report (TFR): 05/30/13

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 10-63185 -CN | | Trustee Name: | Mohamed Poonja |
|---|---|---|---|---|
| Case Name: | GUTIERREZ, GUILLERMO MONTES | | Bank Name: | Preferred Bank |
| | | | Account Number / CD #: | *******1831 Checking - Non Interest |
| Taxpayer ID No: | *******2430 | | | |
| For Period Ending: | 05/11/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C t 02/10/12 | | Trsf In From Union Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 46,452.58 | | 46,452.58 |
| C 04/13/12 | 004000 | INTERNATIONAL SURETIES, LTD. | Bond Payment 2012 | 2300-000 | | 47.64 | 46,404.94 |
| | | 701 Poydras Street | Bond # 016048574 | | | | |
| | | Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| C 02/12/13 | | Preferred Bank | BANK SERVICE FEE | 2600-000 | | 48.34 | 46,356.60 |
| 02/20/13 | 004001 | INTERNATIONAL SURETIES, LTD. | Bond Payment 01/1/2013 to 01/1/2014 | 2300-000 | | 43.86 | 46,312.74 |
| | | 701 Poydras Street | | | | | |
| | | Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| C t 02/28/13 | | Trsf To UNION BANK | FINAL TRANSFER | 9999-000 | | 46,312.74 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 46,452.58 | 46,452.58 | 0.00 |
| Less: Bank Transfers/CD's | 46,452.58 | 46,312.74 | |
| Subtotal | 0.00 | 139.84 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 139.84 | |

\* Reversed
t Funds Transfer
C Bank Cleared

Page Subtotals 46,452.58 46,452.58

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-63185 -CN | Trustee Name: | Mohamed Poonja |
|---|---|---|---|
| Case Name: | GUTIERREZ, GUILLERMO MONTES | Bank Name: | Union Bank |
| | | Account Number / CD #: | *******4095 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******2430 | | |
| For Period Ending: | 05/11/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Balance ($) |
|---|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | | 0.00 |
| C | 07/16/11 | | Anthony Delas | Return of retainer | 1290-000 | 87.64 | | 87.64 |
| | 07/16/11 | 11 | Asset Sales Memo: | Debtor's Attorney Return of surplus fees $87.64 | | | | 87.64 |
| C | 08/26/11 | | Martin Guiterrez | Deposit for Sale of Goodwill | 1129-000 | 6,000.00 | | 6,087.64 |
| | 08/26/11 | 7 | Asset Sales Memo: | 100% interest in EC Plating Inc. 3005 Copper Rd, S $6,000.00 | | | | 6,087.64 |
| C | 09/29/11 | | Martin Gutierrez | Sale of Personal Property | 1129-000 | 15,000.00 | | 21,087.64 |
| | 09/29/11 | 7 | Asset Sales Memo: | 100% interest in EC Plating Inc. 3005 Copper Rd, S $15,000.00 | | | | 21,087.64 |
| C | 09/29/11 | | Martin Gutierrez | Sale of Personal Property | 1129-000 | 24,000.00 | | 45,087.64 |
| | 09/29/11 | 7 | Asset Sales Memo: | 100% interest in EC Plating Inc. 3005 Copper Rd, S $24,000.00 | | | | 45,087.64 |
| C | 09/29/11 | | Martin Gutierrez | Sale of Personal Property | 1129-000 | 15,000.00 | | 60,087.64 |
| | 09/29/11 | 7 | Asset Sales Memo: | 100% interest in EC Plating Inc. 3005 Copper Rd, S $15,000.00 | | | | 60,087.64 |
| C | 10/25/11 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 17.21 | 60,070.43 |
| C | 11/25/11 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 147.50 | 59,922.93 |
| C | 11/30/11 | 000400 | Luce, Forward, Hamilton & Scripps 121 Spear Street, Suite 200 San Francisco, CA 94105 | Final Expenses Order 11/23/11 | 3220-000 | | 200.83 | 59,722.10 |
| C | 11/30/11 | 000401 | Luce, Forward, Hamilton & Scripps 121 Spear Street, Suite 200 San Francisco, CA 94105 | Final Fees Order 11/23/11 | 3210-000 | | 12,967.75 | 46,754.35 |
| C | 12/27/11 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 147.50 | 46,606.85 |
| C | 01/25/12 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 120.46 | 46,486.39 |
| C | 02/10/12 | | Union Bank 1980 Saturn Street Monterey Park, CA 91755 | BANK FEES | 2600-000 | | 33.81 | 46,452.58 |
| C t | 02/10/12 | | Trsf To Preferred Bank | FINAL TRANSFER | 9999-000 | | 46,452.58 | 0.00 |
| | | | | Page Subtotals | | 60,087.64 | 60,087.64 | |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit B

| Case No: | 10-63185 -CN | Trustee Name: | Mohamed Poonja |
| --- | --- | --- | --- |
| Case Name: | GUTIERREZ, GUILLERMO MONTES | Bank Name: | Union Bank |
| | | Account Number / CD #: | *******4095 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******2430 | | |
| For Period Ending: | 05/11/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  | COLUMN TOTALS | 60,087.64 | 60,087.64 | 0.00 |
| --- | --- | --- | --- | --- | --- | --- |
|  |  |  | Less: Bank Transfers/CD's | 0.00 | 46,452.58 |  |
|  |  |  | Subtotal | 60,087.64 | 13,635.06 |  |
|  |  |  | Less: Payments to Debtors |  | 0.00 |  |
|  |  |  | Net | 60,087.64 | 13,635.06 |  |

\* Reversed
t Funds Transfer
C Bank Cleared

Page Subtotals  0.00  0.00

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-63185 -CN | Trustee Name: | Mohamed Poonja |
|---|---|---|---|
| Case Name: | GUTIERREZ, GUILLERMO MONTES | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******8908  Checking - Non Interest |
| Taxpayer ID No: | *******2430 | | |
| For Period Ending: | 05/11/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform<br>Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| C t  02/28/13 | | Trsf In From Preferred Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 46,312.74 | | 46,312.74 |
| C    03/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 46,297.74 |
| C    04/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 68.83 | 46,228.91 |

|  |  | | |
|---|---|---|---|
| | COLUMN TOTALS | 46,312.74 | 83.83 | 46,228.91 |
| | Less: Bank Transfers/CD's | 46,312.74 | 0.00 | |
| | Subtotal | 0.00 | 83.83 | |
| | Less: Payments to Debtors | | 0.00 | |
| | Net | 0.00 | 83.83 | |

\* Reversed
t Funds Transfer
C Bank Cleared

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking - Non Interest - ********1831 | 0.00 | 139.84 | 0.00 |
| Money Market Account (Interest Earn - ********4095 | 60,087.64 | 13,635.06 | 0.00 |
| Checking - Non Interest - ********8908 | 0.00 | 83.83 | 46,228.91 |
| | 60,087.64 | 13,858.73 | 46,228.91 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   46,312.74   83.83

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Case Number: 10-63185
Debtor Name: GUTIERREZ, GUILLERMO MONTES

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 3410-00 | KOKJER, PIEROTTI, MAIOCCO, DUCK LLP<br>Richard Pierotti CPA<br>333 Pine Street, 5th Floor<br>SAN FRANCISCO, CA 94104 | Administrative | | $1,114.00 | $0.00 | $1,114.00 |
| 001 3420-00 | KOKJER, PIEROTTI, MAIOCCO, DUCK LLP<br>Richard Pierotti CPA<br>333 Pine Street, 5th Floor<br>SAN FRANCISCO, CA 94104 | Administrative | | $123.89 | $0.00 | $123.89 |
| 001 3210-00 | McKenna Long & Aldridge LLP<br>P.O. Box 116573<br>Atlanta, GA 30368 | Administrative | | $12,967.75 | $12,967.75 | $0.00 |
| 001 3220-00 | Luce, Forward, Hamilton & Scripps<br>121 Spear Street, Suite 200<br>San Francisco, CA 94105 | Administrative | | $200.83 | $200.83 | $0.00 |
| 000 2100-00 | Mohamed Poonja<br>P.O. Box 1510<br>Los Altos , CA 94023-1510 | Administrative | | $6,254.38 | $0.00 | $6,254.38 |
| 000 2200-00 | Mohamed Poonja<br>P.O. Box 1510<br>Los Altos , CA 94023-1510 | Administrative | | $178.96 | $0.00 | $178.96 |
| BOND 001 2300-00 | INTERNATIONAL SURETIES, LTD.<br>701 Poydras Street<br>Suite 420<br>New Orleans, LA 70139 | Administrative | | $91.50 | $91.50 | $0.00 |
| 000001 070 7100-00 | Federal National Mortgage Association<br>Attn: Frank Yanez<br>14221 Dallas Parkway, Suite 1000<br>Dallas, Texas 75254-2916 | Unsecured | | $378,747.46 | $0.00 | $378,747.46 |
| | Case Totals: | | | $399,678.77 | $13,260.08 | $386,418.69 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-63185
Case Name: GUTIERREZ, GUILLERMO MONTES
Trustee Name: Mohamed Poonja

Balance on hand $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Mohamed Poonja | $ | $ | $ |
| Trustee Expenses: Mohamed Poonja | $ | $ | $ |
| Attorney for Trustee Expenses: Luce, Forward, Hamilton & Scripps | $ | $ | $ |
| Accountant for Trustee Fees: KOKJER, PIEROTTI, MAIOCCO, DUCK LLP | $ | $ | $ |
| Accountant for Trustee Expenses: KOKJER, PIEROTTI, MAIOCCO, DUCK LLP | $ | $ | $ |
| Other: INTERNATIONAL SURETIES, LTD. | $ | $ | $ |
| Other: McKenna Long & Aldridge LLP | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses $_____

Remaining Balance $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $         must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be         percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Federal National Mortgage Association<br>Attn: Frank Yanez<br>14221 Dallas Parkway, Suite 1000<br>Dallas, Texas 75254-2916 | $ | $ | $ |

Total to be paid to timely general unsecured creditors  $_____

Remaining Balance  $_____

Tardily filed claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be         percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE